**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICIA C. BARBERA, | No. C 04-03738 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 133] |
| WMC MORTGAGE CORPORATION, *et al.*, | |
| Defendants. | |

On June 3, 2008, WMC Mortgage Corp. and GE Consumer Finance, Inc. filed an Administrative Motion to Consider Whether Cases Should Be Related. [Docket No. 132]. In it, they requested that case C 04-03738 be related to C 08-02677. On the same day, they filed a Request for Judicial Notice in Support of their Motion to Consider Whether Cases Should Be Related. [Docket No. 133]. In it, they requested that the Court take notice, under Federal Rule of Evidence 201, of a number of pleadings filed in the San Francisco Superior Court or the Northern District, either in this case, the case requested to be related, or cases related to the latter. Because the pleadings are not subject to reasonable dispute under Rule 201(b), the Court GRANTS the request for judicial notice.

IT IS SO ORDERED.

June 5, 2008

_____
Saundra Brown Armstrong
United States District Judge